LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
312 N. Spring Street, 13th Floor
Telephone: (213) 894-3165, Facsimile: (213) 894-0141

**FILED**
CLERK, U.S. DISTRICT COURT

11/18/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jm__ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| PLAINTIFF(S) | 2:25-cr-00886-CV |
| v. | |
| RYAN JAMES WEDDING, ET AL. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

      Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

Under Seal Document

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

November 18, 2025
_____
Date

LYNDSI ALLSOP
_____
Attorney Name

United States of America
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*