# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00886-SPG-14         Date: 12/5/2025

Present: The Honorable: David T. Bristow, United States Magistrate Judge

Interpreter: Alejandro Franco         Language: Spanish

| Rebecca Camacho | | Erin C. Kiss |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✓ Present   In Custody         Attorneys for Defendants:   ✓ Present   CJA

Yulieth Katherine Tejeda                              Carlos L. Juarez

**Proceedings: Arraignment of Defendant and/or**   Assignment of Case   ✓ Appointment of Counsel
✓ Initial Appearance

* Case is under seal and these proceedings are held under seal.
* Government moves to unseal the entire case.
* Request to unseal granted by Court.
* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Alejandro Franco; Language: Spanish
* Defendant states true name is Yulieth Katherine Tejeda.
* Defendant is advised that he/she is not required to make a statement and that anything said at the arraignment proceeding may be used against the defendant in subsequent proceedings.
* Defendant is advised of the right to counsel.
* The Court appoints Carlos L. Juarez (CJA), as counsel for all further proceedings.
* Financial affidavit is submitted and ordered filed UNDER SEAL.
* Court asks the assistant United States attorney to summarize the charges against the defendant and the possible penalties.
* Court asks whether the defendant formally waives a detailed reading of the Indictment, and defendant waives reading thereof.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Sherilyn Peace Garnett.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/27/2026 8:30 AM; Status Conference: 12/24/2025 9:30 AM

cc:  PSALA      PSAED      PSASA         Initial Appearance/Appointment of Counsel:  :23
     USMLA      USMED      USMSA                                   Arraignment:  :20
     Statistics Clerk              Interpreter                Initials of Deputy Clerk: rec
     CJA Supervising Attorney      Fiscal

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00886-SPG-14     Date: 12/5/2025

Present: The Honorable: David T. Bristow

Interpreter Alejandro Franco     Language Spanish

| Rebecca Camacho | | Erin C. Kiss |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody     Attorneys for Defendants:  ✓ Present  CJA

Yulieth Katherine Tejeda     Carlos L. Juarez

**Proceedings: Arraignment of Defendant and/or**     Assignment of Case     ✓ Appointment of Counsel
     ✓ Initial Appearance

\* Government moves for permanent detention of the defendant.

\* Detention Hearing is held.

\* Court grants the Government's request and orders the defendant permanently detained.

\* Defendant committed to the custody of the U.S. Marshal.

\* Government counsel provides trial estimate of 5 weeks.

\* Judge Garnett is located in 5C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA  PSAED  PSASA     Initial Appearance/Appointment of Counsel: :23
    USMLA  USMED  USMSA     Arraignment: :20
    Statistics Clerk     Interpreter     Initials of Deputy Clerk: rec
    CJA Supervising Attorney     Fiscal

CR-11A     Criminal Minutes – Arraignment     Page 2