# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| 12/05/2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___asi___ DEPUTY |

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                         PLAINTIFF, <br> v. <br> YULIETH KATHERINE TEJEDA, <br>    aka "ana.kata1992," <br>                         DEFENDANT. | CASE NUMBER: <br><br> 2:25-cr-00886-CV    **14** <br><br> **WARRANT FOR ARREST** |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest YULIETH KATHERINE TEJEDA, aka "ana.kata1992," and bring her forthwith to the nearest Magistrate Judge to answer an Indictment charging him with 21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; 21 U.S.C. § 963: Conspiracy to Export Cocaine; 21 U.S.C. §§ 846, 848(c)(1)(A): Conspiracy to Commit Murder in Connection with a Continuing Criminal Enterprise and Drug Crime and Murder in Connection with a Continuing Criminal Enterprise and Drug Crime; 18 U.S.C. § 1512(a)(1)(A), (C), (3)(A), (k): Conspiracy to Tamper with a Witness, Victim, or an Informant and Tampering with a Witness, Victim, or Informant; 18 U.S.C. § 1513(a)(1)(A), (B), (2)(A), (f): Conspiracy to Retaliate Against a Witness, Victim, or an Informant and Retaliation Against a Witness, Victim, or an Informant.

| | |
|---|---|
| Brian Karth <br> NAME OF ISSUING OFFICER <br><br> Clerk of Court <br> TITLE OF ISSUING OFFICER <br><br> _[signature]_ <br> SIGNATURE OF DEPUTY CLERK | October 28, 2025     Los Angeles, CA <br> DATE AND LOCATION OF ISSUANCE <br><br> By: Margo A. Rocconi <br> NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| DATE RECEIVED <br> 12/05/2025 <br> DATE OF ARREST | Cesar Perez <br> NAME OF ARRESTING OFFICER <br> **DETENTION ENFORCEMENT OFFICER** <br> TITLE <br><br> _Cesar Perez_ <br> SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO